## Helen Van Hooser, as Administrator of the Estate of Gerald Van Hooser, Deceased, Plaintiff-Appellee, v. Scherer Freight Lines, and Daniel H. Pinkham, Defendants-Appellants.

### Gen. No. 10,455.

Third District.

September 18, 1963.

Rehearing denied October 4, 1963.

Earl S. Hodges, of Springfield (Samuel C. Patton, of counsel), for appellants; Hershey & Bliss, of Taylorville (Richard G. Hershey and Don E. Beane, Jr., of counsel), for appellee. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.